United States District Court
Southern District of Texas
**ENTERED**
May 01, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHISN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| RAFAEL OROPESA BATISTA, | § | |
| Petitioner, | § | |
| | § | |
| V. | § | Civil Action No. 5:26-CV-00726 |
| | § | |
| DANIEL BIBLE, *et al.*, | § | |
| Respondents. | § | |

## ORDER TO SHOW CAUSE

Before the Court is Petitioner's Petition for Writ of Habeas Corpus and Request for Order to Show Cause, (Dkt. No. 1), and Petitioner's Notice of Failure to File Response and Request for Entry of Order Granting Petition for Writ of Habeas Corpus, (Dkt. No. 8).

On April 22, 2026, the Court ordered Respondents to file a response to the petition and serve it on Petitioner by April 29, 2026. (Dkt. No. 5). The Court also directed the Clerk to serve the Petition on Respondents via electronic mail. (*Id.*). Respondents have not filed a response to the petition.

Accordingly, Respondents are hereby **ORDERED** to file a response to the petition in accordance with the Court's prior Order, (Dkt. No. 5), and show good cause for their delay by **May 6, 2026**. Should Petitioner wish to file a reply, they must do so **no later than May 13, 2026**. If Respondents fail to respond, the Court may deem the Petition unopposed.

The Court **DIRECTS** the Clerk of Court to send this Order by electronic mail to USATXS.CivilNotice@usdoj.gov.

It is so **ORDERED**.

**SIGNED** on May 1, 2026.

John A. Kazen
United States District Judge